No. 92–532. ARIZONA v. BARTLETT. Sup. Ct. Ariz. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 92–5270. DICKERSON v. RYAN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT DALLAS, ET AL. C. A. 3d Cir. Certiorari denied. JUSTICE BLACKMUN would grant certiorari.

No. 91–1891. KING v. JAMES ET AL., *ante*, p. 821;

No. 91–7872. MUHAMMAD v. UNITED STATES, *ante*, p. 833;

No. 91–7975. IN RE LIFFITON, *ante*, p. 812;

No. 91–8266. LYLE v. MICHIGAN DEPARTMENT OF CORRECTIONS, *ante*, p. 837;

No. 91–8414. BROWN v. BROWN ET AL., *ante*, p. 842;

No. 91–8545. SUEING v. BROWN, DIRECTOR, MICHIGAN DEPARTMENT OF CORRECTIONS, ET AL., *ante*, p. 847;

No. 91–8699. CLAUSEN v. ANNICH ET AL., *ante*, p. 856;

No. 92–45. STONEHILL ET UX. v. UNITED STATES, *ante*, p. 862;

No. 92–113. RAMIREZ v. TEXAS, *ante*, p. 866;

No. 92–364. PLEMONS v. UNITED STATES, *ante*, p. 874;

No. 92–5034. IN RE ESTES, *ante*, p. 812;

No. 92–5204. YATES v. GARNER ET AL., *ante*, p. 885;

No. 92–5388. WILLIAMS v. UNITED STATES, *ante*, p. 894;

No. 92–5465. MANWANI v. SCHONZEIT ET AL., *ante*, p. 898;

No. 92–5466. MULAZIM v. REDMAN, WARDEN, *ante*, p. 898; and

No. 92–5591. TAYLOR v. BARBER ET AL., *ante*, p. 923. Petitions for rehearing denied.

No. 92–353. GAMBOCZ v. McCALLUM ET AL., *ante*, p. 918. Motion of petitioner for leave to proceed further herein *in forma pauperis* granted. Petition for rehearing denied.

No. 92–5556. OMOIKE v. COCA-COLA BOTTLING CO., *ante*, p. 934. Petition for rehearing denied. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

NOVEMBER 18, 1992

No. 92–6391 (A–341). GRIFFIN v. TEXAS. Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented

to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied.

### NOVEMBER 19, 1992

No. A–400. SINGLETON *v.* THIGPEN, COMMISSIONER, ALABAMA DEPARTMENT OF CORRECTIONS. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. JUSTICE BLACKMUN, JUSTICE STEVENS, and JUSTICE SOUTER would grant the application for stay of execution.

No. 92–6622 (A–398). GRIFFIN *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied. JUSTICE BLACKMUN and JUSTICE STEVENS would grant the application for stay of execution.

No. 92–6623 (A–399). GRIFFIN *v.* TEXAS. Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied.

### NOVEMBER 20, 1992

No. A–381. SHAW *v.* DELO, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. Application for stay of execution of sentence of death, presented to JUSTICE BLACKMUN, and by him referred to the Court, denied.

No. A–391. JOHNSON *v.* BURTON. C. A. 10th Cir. Application for stay, addressed to THE CHIEF JUSTICE and referred to the Court, denied.

### NOVEMBER 24, 1992

No. 92–454. CANFIELD ET AL. *v.* FEDERAL DEPOSIT INSURANCE CORPORATION. C. A. 10th Cir. Certiorari dismissed under this Court's Rule 46.